IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LUIS MIGUEL MARTINEZ LUCARIO, as Administrator of the Estate of Alejandra Bernabe, and as Parent and Natural Guardian of C.M., L.A.M., and U.M., <br><br>      Plaintiff, <br><br>    v. <br><br> CHARLES EDWARD BRITT, et al., <br><br>      Defendants. | CIVIL ACTION NO.: 6:20-cv-30 |

**O R D E R**

Before the Court is a Joint Stipulation of Voluntary Dismissal Without Prejudice, which was filed on April 15, 2020 by all parties to the case as of that date. (Doc. 17.) In the filing, the parties stipulate to the dismissal without prejudice of Defendants Langer Industries, Inc., National Fire & Marine Insurance Company, and Great American Insurance Company, which the parties all agree were improperly named. (Id. at pp. 1–2.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** Langer Industries, Inc., National Fire & Marine Insurance Company, and Great American Insurance Company without prejudice, and **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 8th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA