IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LUIS MIGUEL MARTINEZ LUCARIO, as Administrator of the Estate of Alejandra Bernabe, and as Parent and Natural Guardian of C.M., L.A.M., and U.M., | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: CV620-30 |
| CHARLES EDWARD BRITT, AND LANGER TRANSPORT CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

Before the Court is the Plaintiff's Motion to Amend its Complaint pursuant to Fed. R. Civ. P. 15 and 21. It appearing to this Court that through discovery the Plaintiff has learned that Langer Industries, Inc., National Fire & Marine Insurance Company, and Great American Insurance Company are not proper defendants and should be dropped from the case and that ACE American Insurance Company should be added as Defendant and as the parties have consented to the same, it is hereby ORDERED:

1. The Motion to Amend the Complaint (Doc. 16) is GRANTED. The parties' Consent Motion to Substitute Party (Doc. 14) is DISMISSED as moot.

2. The caption of the case shall be amended to add ACE American Insurance Company as a Defendant.

3. The Plaintiff is directed to file the Amended Complaint attached as an Exhibit to the Motion to Amend the Compliant and to perfect service against ACE American Insurance Company. The Clerk of this Court is directed to accept this filing.

SO ORDERED this 9th day of June, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA