IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LUIS MIGUEL MARTINEZ LUCARIO, as Administrator of the Estate of Alejandra Martinez-Bernabe, and as Parent and Natural Guardian of C.M., L.A.M., and U.M., <br><br>  Plaintiff, <br><br>   v. <br><br> CHARLES EDWARD BRITT; LANGER TRANSPORT CORP.; and ACE AMERICAN INSURANCE COMPANY, <br><br>  Defendants. | CIVIL ACTION NO.: 6:20-cv-30 |

**O R D E R**

Before the Court is the Joint Stipulation for Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for all Defendants on September 22, 2020, wherein the parties stipulate to the dismissal of this case with prejudice. (Doc. 37.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 22nd day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA